**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8 | GREGORY WAYNE WILLIAMS,                    No. C 08-4457 SI (pr)

9 |        Plaintiff,                    **ORDER OF DISMISSAL**

10 |    v.

11 | J. SHODY; et al.,

12 |        Defendants.

13 |                         /

14      This <u>pro se</u> civil action was filed on September 24, 2008, at which time the court notified

15 plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish

16 a completed and signed court-approved <u>in forma pauperis</u> application.  Specifically, he was

17 advised that he had not submitted the required certificate of funds and copy of his inmate trust

18 account statement.  Plaintiff was advised that failure to pay the fee or file the application

19 materials within thirty days would result in dismissal of the action.  Plaintiff did not pay the

20 filing fee or file a completed <u>in forma pauperis</u> application, and the deadline by which to do so

21 has passed.   The <u>in forma pauperis</u> application is DENIED as incomplete. (Docket # 3.) The

22 action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed

23 <u>in forma pauperis</u> application.  Plaintiff may file a new action, but should include a filing fee or

24 an <u>in forma pauperis</u> application with a new complaint to commence that new action.  In light

25 of the dismissal, the motion for appointment of counsel is DENIED as moot. (Docket # 2.)

26 The clerk shall close the file.

27      IT IS SO ORDERED.

28 Dated: December 18, 2008                              

                                   SUSAN ILLSTON
                            United States District Judge